United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IMHOTEP JORDAN, JR.,

      Plaintiff,

  v.

JUDGE SAUNDRA B. ARMSTRONG,

      Defendant.

_____/

No. C 11-06314 SBA (PR)

**ORDER DIRECTING PLAINTIFF TO
SHOW CONTINUED INTENT TO
PROSECUTE THIS ACTION**

      Plaintiff commenced the instant pro se action under 42 U.S.C. § 1983 by filing a document on December 14, 2011 entitled, "Instrument of Certification of Judicial Breach of Contractual Oath of Office By: Unclean Hands, Fraudulent Concealment, Fraud, Misapplication of State and Federal Law, Corruption, Misprison [sic], Malfeasance of Office, Interference, Denial, Abrogation, Infringement Upon Judgment Creditors God Vested Sovereign Sentient Rights and Freedoms Under Color of Law.  Demand for Certified Response."[1]  (Pl.'s Dec. 14, 2011 Filing at 1 (emphasis in original).)  Also on December 14, 2011, the Clerk sent Plaintiff a notice directing him to pay the filing fee or to file a completed in forma pauperis application.  The Clerk sent Plaintiff a second notice directing him to file a completed civil rights complaint form.  Finally, the Clerk sent Plaintiff a copy of his aforementioned December 14, 2011 filing.

      Pursuant to Federal Rule of Civil Procedure 41(b), a district court may sua sponte dismiss an action for failure to prosecute or to comply with a court order.  See Link v. Wabash R.R., 370 U.S. 626, 633 (1962); McKeever v. Block, 932 F.2d 795, 797 (9th Cir. 1991).  But such a dismissal

_____

    [1]  The Court notes that the aforementioned document filed in the instant case lists the undersigned judge as a defendant.  Though not entirely clear, Plaintiff appears to express disagreement with the undersigned judge's handing of his "Request for Entry of Default Judgment," which was filed in Case No. C 11-2668 SBA (PR).  (Pl.'s Dec. 14, 2011 Filing at 1.)  If Plaintiff intends to bring an action against the undersigned judge pursuant to 42 U.S.C. §1983, the Court reminds him that federal judges are absolutely immune from these claims.  See Moore v. Brewster, 96 F.3d 1240, 1243 (9th Cir. 1996); Mullis v. U.S. Bankruptcy Court, 828 F.2d 1385, 1394 (9th Cir. 1987) (applying judicial immunity to actions under Bivens), cert. denied, 486 U.S. 1040 (1988).  This is because if a federal judge violates a litigant's constitutional rights in a proceeding pending in federal court, Congress has provided carefully structured procedures for taking appeals and for petitioning for extraordinary writs in Title 28 of the United States Code.  See id.

should only be ordered when the failure to comply is unreasonable.  See id.  A district court should afford the litigant prior notice of its intention to dismiss.  See Malone v. United States Postal Serv., 833 F.2d 128, 133 (9th Cir. 1987).

In the instant case, Plaintiff has failed to communicate with the Court since he filed this action.  On January 3, 2012 and again on January 6, 2012, mail sent to Plaintiff was returned as undeliverable with the notation: "Returned to Sender -- Refused," as well as additional handwritten notations: "Inmate Refused Mail on 12-29-11," and "Inmate Refused on 1-3-12," respectively.

Accordingly, it is in the interests of justice and judicial efficiency for the Court to establish whether Plaintiff intends to continue to prosecute this action.  Plaintiff shall file a notice of his continued intent to prosecute no later than **thirty (30) days** of the date of this Order.  Failure to do so will result in the dismissal of this action without prejudice for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.  See Malone, 833 F.2d at 133 (the district court should afford the litigant prior notice before dismissing for failure to prosecute).

IT IS SO ORDERED.

DATED:  ___1/19/12_____

SAUNDRA BROWN ARMSTRONG
United States District Judge

United States District Court
For the Northern District of California

United States District Court
For the Northern District of California

1

2  UNITED STATES DISTRICT COURT
   FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA

4  IMHOTEP JORDAN JR,

                                        Case Number: CV11-06314 SBA
5            Plaintiff,
                                        **CERTIFICATE OF SERVICE**
6     v.

7  SAUNDRA B ARMSTRONG et al,

8            Defendant.
   _____/
9

10  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
    Court, Northern District of California.
11
    That on January 23, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said
12  copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
    envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located
13  in the Clerk's office.

14

15  Imhotep  Jordan C-71742
16  Calipatria State Prison
    P.O. Box 5002
17  Calipatria,  CA 92233

18  Dated: January 23, 2012

                                        Richard W. Wieking, Clerk
19                                      By: LISA R CLARK, Deputy Clerk

20

21

22

23

24

25

26

27

28